UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


MARY L. CHAPPEL,

        Plaintiff

        v.                            C-1-09-865

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 15) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objections by the parties, this Court accepts the Report as uncontroverted. The Report and Recommendation is ADOPTED AND INCORPORATED herein.

2

For the reasons stated in the Report and Recommendation (doc. no. 15) the decision of the Commissioner to deny plaintiff DIB benefits is REVERSED and this case is REMANDED under Sentence Four of 42 U.S.C. § 405(g).  Upon remand, the ALJ is instructed to: (1) carefully review evidence of plaintiff's allegations of additional limitations based on evidence of fibromyalgia and/or carpal tunnel syndrome and (2) properly review the medical evidence and give specific reasons for the weight given to the opinions of plaintiff's treating physicians.

This case is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                        s/Herman J. Weber
                              Herman J. Weber, Senior Judge
                               United States District Court